IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT A. SNODGRASS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 25-0519-MU |
| | ) | |
| FRANK J. BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is

hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner

of Social Security denying Plaintiff benefits be **AFFIRMED**.

**DONE** this the **29th** day of **May, 2026**.

    s/P. BRADLEY MURRAY
**UNITED STATES MAGISTRATE JUDGE**